IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                          CASE NO. 4:10CR00270-10 BSM

KEISHA LEIGHANN BOYD                                                 DEFENDANT

## ORDER

Based upon the record herein, defendant Keisha Boyd's motion for bond hearing [Doc. No. 347] is denied.

IT IS SO ORDERED this 26th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE